FILED

2025 APR 21  AM 10:34

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: MPV

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER 2:25-mj-02366-DUTY |
|---|---|
| PLAINTIFF(S) | 17-CR-116-RM |
| v. | |
| Fredy Paz Herrera | **DECLARATION RE OUT-OF-DISTRICT WARRANT** |
| DEFENDANT(S). | |

The above-named defendant was charged by: Warrant
in the _____ District of Colorado _____ on 4/18/2025
at _____ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about _____
in violation of Title 21 AND 18 _____ U.S.C., Section(s) 841 AND 2 _____
to wit: _____

A warrant for defendant's arrest was issued by: Jennifer Hawkins

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   4/18/2021
              Date

[Signature]
Signature of Agent

J. Velazquez
Print Name of Agent

USMS
Agency

DUSM
Title

CR-52 (03/20)                    DECLARATION RE OUT-OF-DISTRICT WARRANT