IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 17-cr-116-RM

UNITED STATES OF AMERICA,

2:25-mj-02366-DUTY

　　　　Plaintiff,

v.

1.　JOSE TAPIA-RUBIO,
　　　a.k.a. "Don Chaquetas,"
2.　JUAN CARLOS MEDINA-SOBERANIS,
3.　LARA ZAMORA-CRUZ,
　　　a.k.a. "Maria Lara-Reyes,"
4.　ERIK PARRA,
　　　a.k.a. "Flaco,"
5.　JOSE CHICA-ORELLANA,
　　　a.k.a. "Adrian,"
6.　SELESTINO HERNANDEZ-MAYO,
　　　a.k.a. "Chakichan,"
7.　CLAUDIA LISSETH-LARA,
8.　VILMA L. ZAMORA,
9.　FREDY PAZ-HERRERA,
　　　a.k.a. "Avispero,"
10.　FIRST NAME UNKNOWN, LAST NAME UNKNOWN,
　　　a.k.a. "Bancholas,"
11.　RODRIGO MORA-SANCHEZ,
　　　a.k.a. "Pelon,"
12.　OSCAR MORA-CAMPOS,
13.　EDUARDO JIMENEZ-SANCHEZ,
14.　FIRST NAME UNKNOWN, LAST NAME UNKNOWN,
　　　a.k.a. "Changuito,"
15.　FIRST NAME UNKNOWN, LAST NAME UNKNOWN,
　　　a.k.a. "UM-9584,"
16.　LEOPOLDO RODRIGUEZ-PADILLA,
17.　HEBERTO MORA-SANCHEZ,
　　　a.k.a. "Chaparro,"

　　　　Defendants.

1

## CHARGING STATUTES

18 U.S.C. § 2
18 U.S.C. § 1952(a)(3)(A)
18 U.S.C. § 1956(a)(3)
18 U.S.C. § 982(a)(1)
21 U.S.C. § 841(a)(1)
21 U.S.C § 841(b)(1)(A)(ii)(II)
21 U.S.C § 841(b)(1)(B)(ii)(II)
21 U.S.C. § 841(b)(1)(A)(viii)
21 U.S.C. § 841(b)(1)(B)(viii)
21 U.S.C. § 841(b)(1)(C)
21 U.S.C.§ 843(b) and 843(d)
21 U.S.C. § 846
21 U.S.C. § 848
21 U.S.C. § 952(a)
21 U.S.C. § 853.
21 U.S.C. § 960(a)(1)
21 U.S.C. § 960(b)(2)(B)(ii)
31 U.S.C. § 5332

## COUNT ONE

On or about and between February 1, 2016 and April 15, 2017, both dates being

approximate and inclusive, within the State and District of Colorado and elsewhere, the

defendant JOSE TAPIA-RUBIO, a.k.a. "Don Chaquetas," did knowingly or intentionally

engage in a continuing criminal enterprise in that the defendant committed violations of

Title 21, United States Code, Sections 841(a)(1), 843, and 846, including but not limited

to the violations set forth in Counts Two through Five, Counts Seven through Nine,

Counts Eleven through Eighteen, Counts Twenty through Thirty-Two, Count Thirty-Five,

Count Thirty-Seven, and Counts Thirty-Nine through Forty-Two of this Indictment, which

violations were part of a continuing series of violations of those statutes undertaken by

the defendant in concert with five or more other persons, with respect to whom the

2

defendant occupied a position of organizer, supervisor or manager, and from which

continuing series of violations the defendant obtained substantial income and

resources.

All in violation of Title 21, United States Code, Sections 848(a) and 848(c).

## COUNT TWO

On or about and between February 1, 2016 and April 15, 2017, both dates being

approximate and inclusive, within the State and District of Colorado and elsewhere, the

defendants JOSE TAPIA-RUBIO, a.k.a. "Don Chaquetas," JUAN CARLOS MEDINA-

SOBERANIS, LARA ZAMORA-CRUZ, a.k.a. "Maria Lara-Reyes," ERIK PARRA,

a.k.a. "Flaco," JOSE CHICA-ORELLANA, a.k.a. "Adrian," SELESTINO HERNANDEZ-

MAYO, a.k.a. "Chakichan," CLAUDIA LISSETH-LARA, VILMA L. ZAMORA, FREDY

PAZ-HERRERA, a.k.a. "Avispero," FIRST NAME UNKNOWN, LAST NAME

UNKNOWN, a.k.a. "Bancholas," RODRIGO MORA-SANCHEZ, a.k.a. "Pelon," OSCAR

MORA-CAMPOS, EDUARDO JIMENEZ-SANCHEZ, FIRST NAME UNKNOWN, LAST

NAME UNKNOWN, a.k.a. "Changuito," FIRST NAME UNKNOWN, LAST NAME

UNKNOWN, a.k.a. "UM-9584," LEOPOLDO RODRIGUEZ-PADILLA, HEBERTO

MORA-SANCHEZ, a.k.a. "Chaparro," and others both known and unknown to the Grand

Jury, did knowingly or intentionally conspire to distribute and possess with the intent to

distribute one or more of the following controlled substances: (1) 5 kilograms or more of

a mixture or substance containing a detectable amount of cocaine, a Schedule II

Controlled Substance; (2) 50 grams or more of methamphetamine, its salts, isomers,

and salts of its isomers, a Schedule II Controlled

3

Substance, (3) 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II Controlled Substance.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(ii)(II), 841(b)(1)(A)(viii) and 846.

## COUNT THREE

On or about March 3, 2016, within the State and District of Colorado, the defendants JOSE TAPIA-RUBIO, a.k.a. "Don Chaquetas," and JUAN CARLOS MEDINA-SOBERANIS did knowingly or intentionally distribute, and possess with the intent to distribute, less than 500 grams of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance and did knowingly or intentionally aid, abet, counsel, command, induce or procure the same.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT FOUR

On or about March 29, 2016, within the State and District of Colorado, the defendants JOSE TAPIA-RUBIO, a.k.a. "Don Chaquetas," and JUAN CARLOS MEDINA-SOBERANIS did knowingly or intentionally distribute, and possess with the intent to distribute, less than 500 grams of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance and did knowingly or intentionally aid, abet, counsel, command, induce or procure the same.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

4

## COUNT FIVE

On or about April 21, 2016, within the State and District of Colorado, the
defendants JOSE TAPIA-RUBIO, a.k.a. "Don Chaquetas," and JUAN CARLOS
MEDINA-SOBERANIS did knowingly or intentionally distribute, and possess with the
intent to distribute, less than 500 grams of a mixture or substance containing a
detectable amount of cocaine, a Schedule II Controlled Substance and did knowingly or
intentionally aid, abet, counsel, command, induce or procure the same.

All in violation of Title 21, United States Code, Sections 841(a)(1) and
841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT SIX

On or about and between May 19, 2016 and May 23, 2016, both dates being
approximate and inclusive, within the State and District of Colorado and elsewhere, the
defendant LARA ZAMORA-CRUZ, a.k.a. "Maria Lara-Reyes," did travel in interstate
commerce with the intent to promote, manage, establish, carry on, or facilitate the
promotion, management, establishment, or carrying on, of an unlawful activity,
specifically conspiracy to distribute or possess with the intent to distribute narcotics as
alleged in Count Two of this Indictment, and thereafter performed or attempted to
perform an act to promote, manage, establish, carry on, or facilitate the promotion,
management, establishment, or carrying on, of that unlawful activity in violation of Title
21, United States Code, Sections 841(a)(1) and 846.

All in violation of Title 18, United States Code, Section 1952(a)(3)(A).

5

## COUNT SEVEN

On or about June 1, 2016, within the State and District of Colorado, the
defendants JOSE TAPIA-RUBIO, a.k.a. "Don Chaquetas," and JUAN CARLOS
MEDINA-SOBERANIS did knowingly or intentionally distribute, and possess with the
intent to distribute, one or more of the following controlled substances; (1) less than 500
grams of a mixture or substance containing a detectable amount of cocaine, a Schedule
II Controlled Substance, (2) less than 50 grams of a mixture or substance containing a
detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a
Schedule II Controlled Substance, and did knowingly or intentionally aid, abet, counsel,
command, induce or procure the same.

All in violation of Title 21, United States Code, Sections 841(a)(1) and
841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT EIGHT

On or about July 7, 2016, within the State and District of Colorado, the
defendants JOSE TAPIA-RUBIO, a.k.a. "Don Chaquetas," and JUAN CARLOS
MEDINA-SOBERANIS did knowingly or intentionally distribute, and possess with the
intent to distribute, less than 500 grams of a mixture or substance containing a
detectable amount of cocaine, a Schedule II Controlled Substance, and did knowingly or
intentionally aid, abet, counsel, command, induce or procure the same.

All in violation of Title 21, United States Code, Sections 841(a)(1) and
841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT NINE

On or about July 8, 2016, within the State and District of Colorado, the defendants JOSE TAPIA-RUBIO, a.k.a. "Don Chaquetas," ERIK PARRA, a.k.a. "Flaco," JOSE CHICA-ORELLANA, a.k.a. "Adrian," and SELESTINO HERNANDEZ-MAYO, a.k.a. "Chakichan," did knowingly or intentionally distribute, and possess with the intent to distribute, 500 grams or more of a mixture or substance containing a detectable amount of cocaine, and a Schedule II Controlled Substance, and did knowingly or intentionally aid, abet, counsel, command, induce or procure the same.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(ii)(II) and Title 18, United States Code, Section 2.

## COUNT TEN

On or about July 16, 2016, both dates being approximate and inclusive, within the State and District of Colorado and elsewhere, the defendants CLAUDIA LISSETH-LARA and VILMA L. ZAMORA did travel in interstate commerce with the intent to promote, manage, establish, carry on, or facilitate the promotion, management, establishment, or carrying on, of an unlawful activity, specifically conspiracy to distribute or possess with the intent to distribute narcotics as alleged in Count Two of this Indictment, and thereafter performed or attempted to perform an act to promote, manage, establish, carry on, or facilitate the promotion, management, establishment, or carrying on, of that unlawful activity in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

All in violation of Title 18, United States Code, Section and 1952(a)(3)(A).

7

## COUNT ELEVEN

On or about July 16, 2016, within the State and District of Colorado, the

defendants JOSE TAPIA-RUBIO, a.k.a. "Don Chaquetas," LARA ZAMORA-CRUZ,

a.k.a. "Maria Lara-Reyes," CLAUDIA LISSETH- LARA and VILMA L. ZAMORA, did

knowingly or intentionally distribute, and possess with the intent to distribute, 500 grams

or more of a mixture or substance containing a detectable amount of cocaine, a

Schedule II Controlled Substance, and did knowingly or intentionally aid, abet, counsel,

command, induce or procure the same.

All in violation of Title 21, United States Code, Sections 841(a)(1) and

841(b)(1)(B)(ii)(II) and Title 18, United States Code, Section 2.

## COUNT TWELVE

On or about July 17, 2016, within the State and District of Colorado, the

defendants JOSE TAPIA-RUBIO, a.k.a. "Don Chaquetas," LARA ZAMORA-CRUZ,

a.k.a. "Maria Lara-Reyes," CLAUDIA LISSETH- LARA and VILMA L. ZAMORA, with the

intent to evade the currency reporting requirement under Title 31, United States Code,

Section 5316, did knowingly conceal more than $10,000.00 in currency or other

monetary instruments on her person or in any conveyance, article of luggage,

merchandise, or other container, and thereafter did transport or transfer, or did attempt to

transport or transfer, such currency or monetary instruments from a place within the

United States to a place outside the United States.

All in violation of Title 31, United States Code, Section 5332.

## COUNT THIRTEEN

On or about July 20, 2016, within the State and District of Colorado, the defendants JOSE TAPIA-RUBIO, a.k.a. "Don Chaquetas," JOSE CHICA-ORELLANA, a.k.a. "Adrian," and SELESTINO HERNANDEZ-MAYO, a.k.a. "Chakichan," did knowingly or intentionally distribute, and possess with the intent to distribute, less than 500 grams of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, and did knowingly or intentionally aid, abet, counsel, command, induce or procure the same.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT FOURTEEN

On or about July 24, 2016, within the State and District of Colorado, the defendants JOSE TAPIA-RUBIO, a.k.a. "Don Chaquetas," and FREDY PAZ-HERRERA, a.k.a. "Avispero," did knowingly or intentionally distribute, and possess with the intent to distribute, less than 500 grams of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance and did knowingly or intentionally aid, abet, counsel, command, induce or procure the same.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT FIFTEEN

On or about August 1, 2016, within the State and District of Colorado, the defendants JOSE TAPIA-RUBIO, a.k.a. "Don Chaquetas," and JUAN CARLOS MEDINA-SOBERANIS did knowingly or intentionally distribute, and possess with the

9

intent to distribute, less than 500 grams of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance and did knowingly or intentionally aid, abet, counsel, command, induce or procure the same.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT SIXTEEN

On or about August 3, 2016, within the State and District of Colorado, the defendants JOSE TAPIA-RUBIO, a.k.a. "Don Chaquetas," and JUAN CARLOS MEDINA-SOBERANIS did knowingly or intentionally distribute, and possess with the intent to distribute, less than 500 grams of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance and did knowingly or intentionally aid, abet, counsel, command, induce or procure the same.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT SEVENTEEN

On or about August 17, 2016, within the State and District of Colorado, the defendants JOSE TAPIA-RUBIO, a.k.a. "Don Chaquetas," and FREDY PAZ-HERRERA, a.k.a. "Avispero," did knowingly or intentionally distribute, and possess with the intent to distribute, less than 500 grams of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance and did knowingly or intentionally aid, abet, counsel, command, induce or procure the same.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

10

**COUNT EIGHTEEN**

On or about August 26, 2016, within the State and District of Colorado, the

defendants JOSE TAPIA-RUBIO, a.k.a. "Don Chaquetas," JOSE CHICA-ORELLANA,

a.k.a. "Adrian," and SELESTINO HERNANDEZ-MAYO, a.k.a. "Chakichan," did

knowingly or intentionally distribute, and possess with the intent to distribute, 500 grams

or more of a mixture or substance containing a detectable amount of cocaine, a

Schedule II Controlled Substance and did knowingly or intentionally aid, abet, counsel,

command, induce or procure the same.

All in violation of Title 21, United States Code, Sections 841(a)(1) and

841(b)(1)(B)(ii)(II) and Title 18, United States Code, Section 2.

**COUNT NINETEEN**

On or about and between August 24, 2016, and August 28, 2016, both dates

being approximate and inclusive, within the State and District of Colorado and

elsewhere, the defendants LARA ZAMORA-CRUZ, a.k.a. "Maria Lara-Reyes," and

VILMA L. ZAMORA, did travel in interstate commerce with the intent to promote,

manage, establish, carry on, or facilitate the promotion, management, establishment, or

carrying on, of an unlawful activity, specifically conspiracy to distribute or possess with

the intent to distribute narcotics as alleged in Count Two of this Indictment, and

thereafter performed or attempted to perform an act to promote, manage, establish,

carry on, or facilitate the promotion, management, establishment, or carrying on, of that

unlawful activity in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

All in violation of Title 18, United States Code, Section and 1952(a)(3)(A).

11

**COUNT TWENTY**

On or about August 28, 2016, within the State and District of Colorado, the defendants JOSE TAPIA-RUBIO, a.k.a. "Don Chaquetas," FIRST NAME UNKNOWN, LAST NAME UNKNOWN, a.k.a. "Bancholas," SELESTINO HERNANDEZ-MAYO, a.k.a. "Chakichan," LARA ZAMORA-CRUZ, a.k.a. "Maria Lara-Reyes," and VILMA L. ZAMORA, did knowingly or intentionally distribute, and possess with the intent to distribute 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance and did knowingly or intentionally aid, abet, counsel, command, induce or procure the same.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii)(II) and Title 18, United States Code, Section 2.

**COUNT TWENTY-ONE**

On or about August 29, 2016, within the State and District of Colorado, the defendants JOSE TAPIA-RUBIO, a.k.a. "Don Chaquetas," FIRST NAME UNKNOWN, LAST NAME UNKNOWN, a.k.a. "Bancholas," LARA ZAMORA-CRUZ, a.k.a. "Maria Lara-Reyes," and VILMA L. ZAMORA, with the intent to evade the currency reporting requirement under Title 31, United States Code, Section 5316, did knowingly conceal more than $10,000.00 in currency or other monetary instruments on her person or in any conveyance, article of luggage, merchandise, or other container, and thereafter did transport or transfer, or did attempt to transport or transfer, such currency or monetary instruments from a place within the United States to a place outside the United States.

All in violation of Title 31, United States Code, Section 5332.

## **COUNT TWENTY-TWO**

On or about September 9, 2016, within the State and District of Colorado, the

defendants, JOSE TAPIA-RUBIO, a.k.a. "Don Chaquetas," and FREDY PAZ-

HERRERA, a.k.a. "Avispero," did knowingly or intentionally use a communications

device, specifically a telephone, in committing, or in causing or facilitating the

commission of, a felony delineated in Title 21 of the United States Code, specifically the

crime alleged in Count Two of this Indictment.

All in violation of Title 21, United States Code, Sections 843(b) and 843(d).

## **COUNT TWENTY-THREE**

On or about September 14, 2016, within the State and District of Colorado, the

defendants JOSE TAPIA-RUBIO, a.k.a. "Don Chaquetas," and JUAN CARLOS

MEDINA-SOBERANIS did knowingly or intentionally distribute, and possess with the

intent to distribute, less than 500 grams of a mixture or substance containing a

detectable amount of cocaine, a Schedule II Controlled Substance and did knowingly or

intentionally aid, abet, counsel, command, induce or procure the same.

All in violation of Title 21, United States Code, Sections 841(a)(1) and

841(b)(1)(C) and Title 18, United States Code, Section 2.

## **COUNT TWENTY-FOUR**

On or about September 17, 2016, within the State and District of Colorado, the

defendants JOSE TAPIA-RUBIO, a.k.a. "Don Chaquetas," and FREDY PAZ-

HERRERA, a.k.a. "Avispero," did knowingly or intentionally distribute, and possess with

the intent to distribute, less than 500 grams of a mixture or substance containing a

13

detectable amount of cocaine, a Schedule II Controlled Substance and did knowingly or
intentionally aid, abet, counsel, command, induce or procure the same.

All in violation of Title 21, United States Code, Sections 841(a)(1) and
841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT TWENTY-FIVE

On or about September 20, 2016, within the State and District of Colorado, the
defendants JOSE TAPIA-RUBIO, a.k.a. "Don Chaquetas," and JUAN CARLOS
MEDINA-SOBERANIS did knowingly or intentionally distribute, and possess with the
intent to distribute, less than 500 grams of a mixture or substance containing a
detectable amount of cocaine, a Schedule II Controlled Substance and did knowingly or
intentionally aid, abet, counsel, command, induce or procure the same.

All in violation of Title 21, United States Code, Sections 841(a)(1) and
841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT TWENTY-SIX

On or about October 6, 2016, within the State and District of Colorado, the
defendants JOSE TAPIA-RUBIO, a.k.a. "Don Chaquetas," and FREDY PAZ-
HERRERA, a.k.a. "Avispero," did knowingly or intentionally distribute, and possess with
the intent to distribute, less than 500 grams of a mixture or substance containing a
detectable amount of cocaine, a Schedule II Controlled Substance and did knowingly or
intentionally aid, abet, counsel, command, induce or procure the same.

All in violation of Title 21, United States Code, Sections 841(a)(1) and
841(b)(1)(C) and Title 18, United States Code, Section 2.

14

## **COUNT TWENTY-SEVEN**

On or about October 14, 2016, within the State and District of Colorado, the defendants JOSE TAPIA-RUBIO, a.k.a. "Don Chaquetas," SELESTINO HERNANDEZ-MAYO, a.k.a. "Chakichan," and OSCAR MORA-CAMPOS did knowingly or intentionally distribute, and possess with the intent to distribute, less than 500 grams of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance and did knowingly or intentionally aid, abet, counsel, command, induce or procure the same.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## **COUNT TWENTY-EIGHT**

On or about October 20, 2016, within the State and District of Colorado, the defendants JOSE TAPIA-RUBIO, a.k.a. "Don Chaquetas," and JUAN CARLOS MEDINA-SOBERANIS did knowingly or intentionally distribute, and possess with the intent to distribute, less than 500 grams of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance and did knowingly or intentionally aid, abet, counsel, command, induce or procure the same.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## **COUNT TWENTY-NINE**

On or about October 30, 2016, within the State and District of Colorado, the defendants JOSE TAPIA-RUBIO, a.k.a. "Don Chaquetas," SELESTINO HERNANDEZ-MAYO, a.k.a. "Chakichan," and OSCAR MORA-CAMPOS, did knowingly or intentionally

15

distribute, and possess with the intent to distribute, less than 500 grams of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance and did knowingly or intentionally aid, abet, counsel, command, induce or procure the same.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT THIRTY

On or about October 30, 2016, within the State and District of Colorado, the defendants JOSE TAPIA-RUBIO, a.k.a. "Don Chaquetas," SELESTINO HERNANDEZ-MAYO, a.k.a. "Chakichan," and EDUARDO JIMENEZ-SANCHEZ, did knowingly or intentionally distribute, and possess with the intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance and did knowingly or intentionally aid, abet, counsel, command, induce or procure the same.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B(ii)(II) and Title 18, United States Code, Section 2.

## COUNT THIRTY-ONE

On or about October 30, 2016, within the State and District of Colorado, the defendants JOSE TAPIA-RUBIO, a.k.a. "Don Chaquetas," SELESTINO HERNANDEZ-MAYO, a.k.a. "Chakichan," and FREDY PAZ-HERRERA, a.k.a. "Avisperso," did knowingly or intentionally distribute, and possess with the intent to distribute, less than 500 grams of a mixture or substance containing a detectable amount of cocaine, a

16

Case 2:25-mj-02366-DUTY  Document 3-1  Filed 04/31/25  Page 17 of 64  Page ID
#20
Case No. 1:17-cr-00320-KM  Document 1  filed 04/13/17  USDC Colorado  pg 17
of 20

Schedule II Controlled Substance and did knowingly or intentionally aid, abet, counsel, command, induce or procure the same.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT THIRTY-TWO

On or about November 3, 2016, within the State and District of Colorado, the defendants JOSE TAPIA-RUBIO, a.k.a. "Don Chaquetas," and JUAN CARLOS MEDINA-SOBERANIS, and SELESTINO HERNANDEZ-MAYO, a.k.a. "Chakichan," did knowingly or intentionally distribute, and possess with the intent to distribute, one or more of the following controlled substances: (1) less than 500 grams of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance; (2) 5 grams or more of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II Controlled Substance; (3) 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II Controlled Substance, and did knowingly or intentionally aid, abet, counsel, command, induce or procure the same.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(viii), and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT THIRTY-THREE

On or about November 8, 2016, within the State and District of Colorado and elsewhere, the defendants RODRIGO MORA-SANCHEZ, a.k.a. "Pelon," FIRST NAME UNKNOWN LAST NAME UNKNOWN, a.k.a. "UM-9584," and FIRST NAME UNKNOWN LAST NAME UNKNOWN, a.k.a. "Changuito," did knowingly or intentionally import into

17

the United States, from a place outside of the United States, 500 grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance and did knowingly or intentionally aid, abet, counsel, command, induce or procure the same.

All in violation of Title 21, United States Code, Sections 952(a), 960(a)(1), 960(b)(2)(B)(ii), and Title 18, United States Code, Section 2.

## **COUNT THIRTY-FOUR**

On or about and between November 10, 2016, and November 12, 2016, both dates being approximate and inclusive, within the State and District of Colorado and elsewhere, the defendant LEOPOLDO RODRIGUEZ-PADILLA did travel in interstate commerce with the intent to promote, manage, establish, carry on, or facilitate the promotion, management, establishment, or carrying on, of an unlawful activity, specifically conspiracy to distribute or possess with the intent to distribute narcotics as alleged in Count Two of this Indictment, and thereafter performed or attempted to perform an act to promote, manage, establish, carry on, or facilitate the promotion, management, establishment, or carrying on, of that unlawful activity in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

All in violation of Title 18, United States Code, Section and 1952(a)(3)(A).

## **COUNT THIRTY-FIVE**

On or about November 12, 2016, within the State and District of Colorado, the defendants RODRIGO MORA-SANCHEZ, a.k.a. "Pelon," FIRST NAME UNKNOWN LAST NAME UNKNOWN, a.k.a. "UM-9584," FIRST NAME UNKNOWN LAST NAME UNKNOWN, a.k.a. "Changuito," LEOPOLDO RODRIGUEZ-PADILLA, JOSE TAPIA-

18

RUBIO, a.k.a. "Don Chaquetas," and SELESTINO HERNANDEZ-MAYO, a.k.a.

"Chakichan," did knowingly or intentionally distribute, and possess with the intent to

distribute 500 grams or more of a mixture or substance containing a detectable amount

of cocaine, a Schedule II Controlled Substance and did knowingly or intentionally aid,

abet, counsel, command, induce or procure the same.

All in violation of Title 21, United States Code, Sections 841(a)(1) and

841(b)(1)(B(ii)(II) and Title 18, United States Code, Section 2.

## COUNT THIRTY-SIX

On or about November 12, 2016, within the State and District of Colorado, the

defendant ROBERTO MORA-SANCHEZ, FIRST NAME UNKNOWN LAST NAME

UNKNOWN, a.k.a. "UM-9584," FIRST NAME UNKNOWN LAST NAME UNKNOWN,

a.k.a. "Changuito," and LEOPOLDO RODRIGUEZ-PADILLA with the intent to evade the

currency reporting requirement under Title 31, United States Code, Section 5316, did

knowingly conceal more than $10,000.00 in currency or other monetary instruments on

her person or in any conveyance, article of luggage, merchandise, or other container,

and thereafter did transport or transfer, or did attempt to transport or transfer, such

currency or monetary instruments from a place within the United States to a place

outside the United States. All in violation of Title 31, United States Code, Section 5332.

## COUNT THIRTY-SEVEN

On or about November 22, 2016, within the State and District of Colorado, the

defendants, JOSE TAPIA-RUBIO, a.k.a. "Don Chaquetas," SELESTINO HERNANDEZ-

MAYO, a.k.a. "Chakichan,"JOSE CHICA-ORELLANA, a.k.a. "Adrian," and OSCAR

MORA-CAMPOS, did knowingly or intentionally use a communications device,

19

specifically a telephone, in committing, or in causing or facilitating the commission of, a felony delineated in Title 21 of the United States Code, specifically the crime alleged in Count Two of this Indictment.

All in violation of Title 21, United States Code, Sections 843(b) and 843(d).

## COUNT THIRTY-EIGHT

On or about and between November 22, 2016, and November 23, 2016, both dates being approximate and inclusive, within the State and District of Colorado and elsewhere, the defendants LARA ZAMORA-CRUZ a.k.a. "Maria Lara-Reyes," and CLAUDIA LISSETH-LARA, did travel in interstate commerce with the intent to promote, manage, establish, carry on, or facilitate the promotion, management, establishment, or carrying on, of an unlawful activity, specifically, conspiracy to distribute or possess with the intent to distribute narcotics, and thereafter performed or attempted to perform an act to promote, manage, establish, carry on, or facilitate the promotion, management, establishment, or carrying on, of an unlawful activity, specifically, conspiracy to distribute or possess with the intent to distribute narcotics, as alleged in Count Two of this Indictment, in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

All in violation of Title 18, United States Code, Section and 1952(a)(3)(A).

## COUNT THIRTY-NINE

On or about November 23, 2016, within the State and District of Colorado, the defendants JOSE TAPIA-RUBIO, a.k.a. "Don Chaquetas," FIRST NAME UNKNOWN, LAST NAME UNKNOWN, a.k.a. "Bancholas," LARA ZAMORA-CRUZ, a.k.a. "Maria Lara-Reyes," and CLAUDIA LISSETH-LARA, did knowingly or intentionally distribute, and possess with the intent to distribute 5 kilograms or more of a mixture or substance

20

containing a detectable amount of cocaine, a Schedule II Controlled Substance and did
knowingly or intentionally aid, abet, counsel, command, induce or procure the same.

All in violation of Title 21, United States Code, Sections 841(a)(1),

841(b)(1)(A)(ii)(II) and Title 18, United States Code, Section 2.

## COUNT FORTY

On or about December 8, 2016, within the State and District of Colorado, the
defendants JOSE TAPIA-RUBIO, a.k.a. "Don Chaquetas," and HEBERTO MORA-
SANCHEZ, a.k.a. "Chaparro," did knowingly or intentionally distribute, and possess with
the intent to distribute, less than 500 grams of a mixture or substance containing a
detectable amount of cocaine, a Schedule II Controlled Substance and did knowingly or
intentionally aid, abet, counsel, command, induce or procure the same.

All in violation of Title 21, United States Code, Sections 841(a)(1) and
841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT FORTY-ONE

On or about January 26, 2017, within the State and District of Colorado, the
defendants JOSE TAPIA-RUBIO, a.k.a. "Don Chaquetas," and HEBERTO MORA-
SANCHEZ, a.k.a. "Chaparro," did knowingly or intentionally distribute, and possess with
the intent to distribute one or more of the following controlled substances: (1) 50 grams
or more of a mixture or substance containing a detectable amount of
methamphetamine, its salts, isomers, or salts of its isomers; (2) less than 500 grams of
a mixture or substance containing a detectable amount of cocaine, a Schedule II
Controlled Substance and did knowingly or intentionally aid, abet, counsel, command,
induce or procure the same.

21

All in violation of Title 21, United States Code, Sections 841(a)(1),

841(b)(1)(B)(viii) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT FORTY-TWO

On or about March 9, 2017, within the State and District of Colorado, the

defendants JOSE TAPIA-RUBIO, a.k.a. "Don Chaquetas," and HEBERTO MORA-

SANCHEZ, a.k.a. "Chaparro," did knowingly or intentionally distribute, and possess with

the intent to distribute, less than 500 grams of a mixture or substance containing a

detectable amount of cocaine, a Schedule II Controlled Substance and did knowingly or

intentionally aid, abet, counsel, command, induce or procure the same.

All in violation of Title 21, United States Code, Sections 841(a)(1) and

841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNTS FORTY-THREE THROUGH FIFTY-THREE

On or about the dates set forth below, within the State and District of Colorado,

the defendants, as specifically identified below, with the intent to promote the carrying

on of a specified unlawful activity, specifically the conspiracy alleged in Count Two of

this Indictment, conducted, or attempted to conduct a financial transaction represented

to be the proceeds of specified unlawful activity or property used to facilitate the

specified unlawful activity or did knowingly and intentionally aid, abet, counsel,

command, induce, or procure the same.

| Ct | DEFENDANT(S) | Date | Transmission | Total | Sending Agent | State | Payee | Payment Location |
|----|---|---|---|---|---|---|---|---|
| 43 | Jose Tapia-Rubio Juan Carlos Medina-Soberanis | 4/26/2016 | US59912382 | 800.00 | El Rancho Market Inc. | Colorado | Juan Carlos Medina Soberanis | Cancun Mexico |
| 44 | Jose Tapia-Rubio Juan Carlos Medina-Soberanis | 6/1/2016 | US104738782 | 400.00 | El Rancho Market Inc. | Colorado | Juan Carlos Medina Soberanis | Cancun Mexico |

| 45 | Jose Tapia-Rubio<br>Juan Carlos Medina-<br>Soberanis | 7/7/2016 | US177503862 | 400.00 | El Rancho<br>Market Inc. | Colorado | Juan Carlos<br>Medina<br>Soberanis | Cenotillo<br>Mexico |
| 46 | Jose Tapia-Rubio<br>Juan Carlos Medina-<br>Soberanis | 8/3/2016 | US227347082 | 2200.00 | El Rancho<br>Market Inc. | Colorado | Juan Carlos<br>Medina<br>Soberanis | Cancun<br>Mexico |
| 47 | Jose Tapia-Rubio<br>Juan Carlos Medina-<br>Soberanis | 9/14/2016 | US280907382 | 1000.00 | El Rancho<br>Market Inc. | Colorado | Juan Carlos<br>Medina<br>Soberanis | Cenotillo<br>Mexico |
| 48 | Jose Tapia-Rubio<br>Juan Carlos Medina-<br>Soberanis | 9/20/2016 | US289599382 | 800.00 | El Rancho<br>Market Inc. | Colorado | Juan Carlos<br>Medina<br>Soberanis | Cenotillo<br>Mexico |
| 49 | Jose Tapia-Rubio<br>Juan Carlos Medina-<br>Soberanis | 10/20/2016 | US328662682 | 400.00 | El Rancho<br>Market Inc. | Colorado | Juan Carlos<br>Medina<br>Soberanis | Cenotillo<br>Mexico |
| 50 | Jose Tapia-Rubio<br>Juan Carlos Medina-<br>Soberanis | 11/3/2016 | US360005682 | 400.00 | El Rancho<br>Market Inc. | Colorado | Juan Carlos<br>Medina<br>Soberanis | Cenotillo<br>Mexico |
| 51 | Jose Tapia-Rubio<br>Juan Carlos Medina-<br>Soberanis | 12/8/2016 | US425258582 | 400.00 | El Rancho<br>Market Inc. | Colorado | Juan Carlos<br>Medina<br>Soberanis | Cenotillo<br>Mexico |
| 52 | Jose Tapia-Rubio<br>Juan Carlos Medina-<br>Soberanis | 1/26/2017 | US487814282 | 400.00 | El Rancho<br>Market Inc. | Colorado | Juan Carlos<br>Medina<br>Soberanis | Cenotillo<br>Mexico |
| 53 | Jose Tapia-Rubio<br>Juan Carlos Medina-<br>Soberanis | 3/9/2017 | US576271182 | 400.00 | El Rancho<br>Market Inc. | Colorado | Juan Carlos<br>Medina<br>Soberanis | Cenotillo<br>Mexico |

All in violation of Title 18, United States Code, Sections 2 and 1956(a)(3)(A).

## FORFEITURE ALLEGATIONS

The allegations contained in Counts One through Forty-Two of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 21, United States Code, Section 853. The allegations contained in Forty-Three through Fifty-Three of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 982(a)(1).

Upon conviction of the violations alleged in Counts One through Forty-Two of this Indictment, including violations of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(ii)(II), 841(b)(1)(B)(ii)(II), 841(b)(1)(A)(viii), 841(b)(1)(B)(viii), 841(b)(1)(C), 843(b) and 843(d), 846, and 848, the defendants JOSE TAPIA-RUBIO, a.k.a. "Don Chaquetas," JUAN CARLOS MEDINA-SOBERANIS, LARA ZAMORA-CRUZ, a.k.a. "Maria Lara-Reyes,"

23

ERIK PARRA, a.k.a. "Flaco," JOSE CHICA-ORELLANA, a.k.a. "Adrian," SELESTINO

HERNANDEZ-MAYO, a.k.a. "Chakichan," CLAUDIA LISSETH-LARA, VILMA L.

ZAMORA, FREDY PAZ-HERRERA, a.k.a. "Avispero," FIRST NAME UNKNOWN, LAST

NAME UNKNOWN, a.k.a. "Bancholas," RODRIGO MORA-SANCHEZ, a.k.a. "Pelon,"

OSCAR MORA-CAMPOS, EDUARDO JIMENEZ-SANCHEZ, FIRST NAME

UNKNOWN, LAST NAME UNKNOWN, a.k.a. "Changuito,"FIRST NAME UNKNOWN,

LAST NAME UNKNOWN, a.k.a. "UM-9584," LEOPOLDO RODRIGUEZ-PADILLA,

HEBERTO MORA-SANCHEZ, a.k.a. "Chaparro," shall forfeit to the United States,

pursuant to Title 21, United States Code, Section 853, any and all of the defendants'

right, title and interest in all property constituting and derived from any proceeds

obtained directly and indirectly as a result of such offense, and in all property used, or

intended to be used, in any manner or part, to commit, or to facilitate the commission of

such offense, including, but not limited to:

1.  A money judgment in the amount of $2,000,000.00 obtained by the
    conspiracy and by the defendants, for which the defendants are joint and
    severally liable.

Upon conviction of the violations alleged in Forty-Three through Fifty-Three of

this Indictment, including violations of Title 18, United States Code, Sections 1956(a)(3),

the defendants JOSE TAPIA-RUBIO, a.k.a. "Don Chaquetas," JUAN CARLOS

MEDINA-SOBERANIS, LARA ZAMORA-CRUZ, a.k.a. "Maria Lara-Reyes," ERIK

PARRA, a.k.a. "Flaco," JOSE CHICA-ORELLANA, a.k.a. "Adrian," SELESTINO

HERNANDEZ-MAYO, a.k.a. "Chakichan," CLAUDIA LISSETH-LARA, VILMA L.

ZAMORA, FREDY PAZ-HERRERA, a.k.a. "Avispero," FIRST NAME UNKNOWN, LAST

NAME UNKNOWN, a.k.a. "Bancholas," RODRIGO MORA-SANCHEZ, a.k.a. "Pelon,"

24

OSCAR MORA-CAMPOS, EDUARDO JIMENEZ-SANCHEZ, FIRST NAME

UNKNOWN, LAST NAME UNKNOWN, a.k.a. "Changuito,"FIRST NAME UNKNOWN,

LAST NAME UNKNOWN, a.k.a. "UM-9584," LEOPOLDO RODRIGUEZ-PADILLA,

HEBERTO MORA-SANCHEZ, a.k.a. "Chaparro," shall forfeit to the United States,

pursuant to Title 18, United States Code, Section 982(a)(1) any and all of the

defendants' right, title and interest in all property, real or personal, involved in such

offense, or all property traceable to such property, including, but not limited to:

1. A money judgment in the amount of $2,000,000.00 obtained by the conspiracy and by the defendants, for which the defendants are joint and severally liable.

If any of the property described above, as a result of any act or omission of the

defendant(s);

1. cannot be located upon the exercise of due diligence;
2. has been transferred or sold to, or deposited with, a third party;
3. has been placed beyond the jurisdiction of the Court;
4. has been substantially diminished in value; or
5. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code,

Section 853(p), incorporated by Title 18, United States Code, Section 982, to seek

forfeiture of any other property of said defendant[s] up to the value of the forfeitable

property.

All in violation of Title 18, United States Code, Section 982(a)(1) and Title 21,

United States Code, Section 853.

A TRUE BILL

<u>Ink signature on file in Clerk's Office</u>
FOREPERSON

APPROVED:

Robert C. Troyer,
Acting United States Attorney
District of Colorado

By: <u>s/Stephanie Podolak</u>
Stephanie Podolak
Assistant United States Attorney
U.S. Attorney's Office
1801 California Street, Suite 1600
Denver, CO. 80202
Telephone (303) 454-0309
Fax (303) 454-0401
Stephanie.podolak@usdoj.gov
Attorney for the Government

DEFENDANT 1:     JOSE TAPIA-RUBIO,
                 a/k/a "Don Chequetas"

YEAR OF BIRTH:   1959

ADDRESS:         12091 East Arizona Avenue
                 Aurora, Colorado   80012

COMPLAINT FILED? _____ YES _____X_____ NO

IF YES, PROVIDE MAGISTRATE CASE NUMBER: _____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? ___ YES __X__ NO

OFFENSE:   **COUNT ONE:**   Title 21, United States Code, Sections 848(a) and 848(c)
           Continuing Criminal Enterprise

           **COUNT TWO**:   Title 21, United States Code, Sections 841(a)(1),
           841(b)(1)(A)(ii)(II), 841(b)(1)(A)(viii) and 846 - Conspiracy to distribute and
           possess with the intent to distribute one or more of the following controlled
           substances: (1) 5 kilograms or more of a mixture or substance containing
           a detectable amount of cocaine, a Schedule II Controlled Substance; (2)
           50 grams or more of methamphetamine, its salts, isomers, and salts of its
           isomers, a Schedule II Controlled Substance, (3) 500 grams or more of a
           mixture or substance containing a detectable amount of
           methamphetamine, its salts, isomers, and salts of its isomers, a Schedule
           II Controlled Substance:

           **COUNTS THREE, FOUR, FIVE, SEVEN, EIGHT, THIRTEEN,
           FOURTEEN, FIFTEEN, SIXTEEN, SEVENTEEN, TWENTY-THREE,
           TWENTY-FOUR, TWENTY-FIVE, TWENTY-SIX, TWENTY-SEVEN,
           TWENTY-NINE, THIRTY-ONE, THIRTY-TWO, FORTY, FORTY-ONE,
           AND FORTY-TWO**:   Title 21, United States Code, Sections 841(a)(1) and
           841(b)(1)(C) and Title 18, United States Code, Section 2 - did knowingly
           or intentionally distribute, and possess with the intent to distribute, less
           than 500 grams of a mixture or substance containing a detectable amount
           of cocaine, a Schedule II Controlled Substance and did knowingly or
           intentionally aid, abet, counsel, command, induce or procure the same

           **COUNT SIX**: Title 18, United States Code, Section 1952(a)(3)(A) -
           travel in interstate commerce with the intent to promote, manage,
           establish, carry on, or facilitate the promotion, management,
           establishment, or carrying on, of an unlawful activity, specifically
           conspiracy to distribute or possess with the intent to distribute narcotics as
           alleged in Count Two of this Indictment, and thereafter performed or
           attempted to perform an act to promote, manage, establish, carry on, or

facilitate the promotion, management, establishment, or carrying on, of that unlawful activity in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

**COUNTS NINE, ELEVEN, EIGHTEEN, THIRTY AND THIRTY-FIVE**:
Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(ii)(II) - Distribution or Possession with the Intent to Distribute 500 grams or more of a mixture or substance containing a detectable amount of cocaine a Schedule II Controlled Substance, and did knowingly or intentionally aid, abet, counsel, command, induce or procure the same

**COUNTS TWELVE AND TWENTY-ONE**: Title 31, United States Code, Section 5332 – intent to evade the currency reporting requirement under Title 31, United States Code, Section 5316, did knowingly conceal more than $10,000.00 in currency or other monetary instruments on her person or in any conveyance, article of luggage, merchandise, or other container, and thereafter did transport or transfer, or did attempt to transport or transfer, such currency or monetary instruments from a place within the United States to a place outside the United States

**COUNTS TWENTY AND THIRTY-NINE**:  Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii)(II) and Title 18, United States Code, Section 2 - knowingly or intentionally distribute, and possess with the intent to distribute 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance and did knowingly or intentionally aid, abet, counsel, command, induce or procure the same

**COUNTS TWENTY-TWO AND THIRTY-SEVEN**:  Title 21, United States Code, Sections 843(b) and 843(d) - knowingly or intentionally use a communications device, specifically a telephone, in committing, or in causing or facilitating the commission of, a felony delineated in Title 21 of the United States Code, specifically the crime alleged in Count Two of this Indictment

**COUNTS FORTY-THREE through FIFTY-THREE**: Title 18, United States Code, Sections 2 and 1956(a)(3)(A) - intent to promote the carrying on of a specified unlawful activity, specifically the conspiracy alleged in Count Two of this Indictment, conducted, or attempted to conduct a financial transaction represented to be the proceeds of specified unlawful activity or property used to facilitate the specified unlawful activity or did knowingly and intentionally aid, abet, counsel, command, induce, or procure the same

2

**NOTICE OF FORFEITURE**

LOCATION OF OFFENSE
(COUNTY/STATE):          Denver County, Colorado

PENALTY:     **COUNT ONE**:  20 years to life imprisonment, 5 years Supervised
Release, $2,000,000.00 fine, $100 Special Assessment Fee

**COUNT TWO**:  NLT 10 years or more than life in prison, 5 years of
supervised release, $10,000,000 fine, $100 Special Assessment Fee

**COUNTS THREE, FOUR, FIVE, SEVEN, EIGHT, THIRTEEN,
FOURTEEN, FIFTEEN, SIXTEEN, SEVENTEEN, TWENTY-THREE,
TWENTY-FOUR, TWENTY-FIVE, TWENTY-SIX, TWENTY-SEVEN,
TWENTY-NINE, THIRTY-ONE, THIRTY-TWO, FORTY, FORTY-ONE,
AND FORTY-TWO**:  NMT 20 years in prison, 3 years of supervised
release, $1,000,000 fine; $100 Special Assessment Fee (per count)

**COUNT SIX**: NMT 5 years in prison, 3 years of supervised release,
$250,000.00 fine, $100 Special Assessment Fee

**COUNTS NINE, ELEVEN, EIGHTEEN, THIRTY AND THIRTY-FIVE**:
NLT five years or more than life in prison, 4 years of supervised release,
$5,000,000 fine, **$100 Special Assessment Fee (per count)**

**COUNTS TWELVE AND TWENTY-ONE**:  NMT 5 years in prison, NMT 3
years supervised release, not more than $250,000.00 fine; $100 Special
Assessment Fee (per count)

**COUNTS TWENTY AND THIRTY-NINE**:  NLT 10 years and NMT life in
prison, 5 years of supervised release, $5,000,000 fine; **$100 Special
Assessment Fee (per count)**

**COUNTS TWENTY-TWO AND THIRTY-SEVEN**:  Not more than 4 years
in prison, not more than 1 year supervised release, not more than
$250,000.00 fine, $100 Special Assessment Fee (per count)

**COUNTS FORTY-THREE through FIFTY-THREE**:  Maximum term of
imprisonment: 20 years; 3 years Supervised Release; Maximum fine: Not
more than $500,000.00000 or twice the value of the property involved in
the money laundering transactions

**Forfeiture**

3

AGENT:        Jason DeLuca, Task Force Officer
                  Drug Enforcement Administration

AUTHORIZED BY:  Stephanie Podolak
                       Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:  More than five days

THE GOVERNMENT **will** seek detention in this case.

OCDETF case:  Yes - WC CO 662

4

DEFENDANT 2:    JUAN CARLOS MEDINA-SOBERANIS

YEAR OF BIRTH:    1986

ADDRESS:    Mexico

COMPLAINT FILED? _____ YES ___ X ___ NO

IF YES, PROVIDE MAGISTRATE CASE NUMBER: _____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? ___ YES ___ X ___ NO

OFFENSE:    **COUNT TWO**:    Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(ii)(II), 841(b)(1)(A)(viii) and 846 - Conspiracy to distribute and possess with the intent to distribute one or more of the following controlled substances: (1) 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance; (2) 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II Controlled Substance, (3) 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II Controlled Substance:

**COUNTS THREE, FOUR, FIVE, SEVEN, EIGHT, FIFTEEN, SIXTEEN, TWENTY-THREE TWENTY-FIVE AND TWENTY-EIGHT**: Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2 - did knowingly or intentionally distribute, and possess with the intent to distribute, less than 500 grams of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance and did knowingly or intentionally aid, abet, counsel, command, induce or procure the same

**COUNT THIRTY-TWO**:    Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(viii), and 841(b)(1)(C) and Title 18, United States Code, Section 2 - knowingly or intentionally distribute, and possess with the intent to distribute, one or more of the following controlled substances: (1) less than 500 grams of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance; (2) 5 grams or more of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II Controlled Substance; (3) 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II Controlled Substance, and did knowingly or intentionally aid, abet, counsel, command, induce or procure the same

**COUNTS FORTY-THREE through FIFTY-THREE**: Title 18, United States

Code, Sections 2 and 1956(a)(3)(A) - intent to promote the carrying on of a specified unlawful activity, specifically the conspiracy alleged in Count Two of this Indictment, conducted, or attempted to conduct a financial transaction represented to be the proceeds of specified unlawful activity or property used to facilitate the specified unlawful activity or did knowingly and intentionally aid, abet, counsel, command, induce, or procure the same

**NOTICE OF FORFEITURE**

LOCATION OF OFFENSE
(COUNTY/STATE):        Denver County, Colorado


PENALTY:    **COUNT TWO**:   NLT 10 years or more than life in prison, 5 years of supervised release, $10,000,000 fine, $100 Special Assessment Fee

**COUNTS THREE, FOUR, FIVE, SEVEN, EIGHT, FIFTEEN, SIXTEEN, TWENTY-THREE TWENTY-FIVE AND TWENTY-EIGHT:**  NMT 20 years in prison, 3 years of supervised release, $1,000,000 fine; $100 Special Assessment Fee (per count)

**COUNT THIRTY-TWO**:   NMT 20 years in prison, 3 years of supervised release, $1,000,000 fine, $100 Special Assessment Fee (per count)

**Forfeiture**

AGENTS:     Jason DeLuca, Task Force Officer
            Drug Enforcement Administration

AUTHORIZED BY:  Stephanie Podolak
                Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:   More than five days

THE GOVERNMENT **will** seek detention in this case.

OCDETF case:   Yes - WC CO 662

2

DEFENDANT 3:     LARA ZAMORA-CRUZ,
                 a/k/a Maria Lara-Reyes

YEAR OF BIRTH:   1953

ADDRESS:         18298 Nordhoff Street
                 Northridge, CA 91325

COMPLAINT FILED? _____ YES _____ X ___ NO

     IF YES, PROVIDE MAGISTRATE CASE NUMBER: _____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? ___ YES ___ X ___ NO

OFFENSE:  **COUNT TWO**: Title 21, United States Code, Sections 841(a)(1),
          841(b)(1)(A)(ii)(II), 841(b)(1)(A)(viii) and 846 - Conspiracy to distribute and
          possess with the intent to distribute one or more of the following controlled
          substances: (1) 5 kilograms or more of a mixture or substance containing
          a detectable amount of cocaine, a Schedule II Controlled Substance; (2)
          50 grams or more of methamphetamine, its salts, isomers, and salts of its
          isomers, a Schedule II Controlled Substance, (3) 500 grams or more of a
          mixture or substance containing a detectable amount of
          methamphetamine, its salts, isomers, and salts of its isomers, a Schedule
          II Controlled Substance:

          **COUNTS SIX, NINETEEN AND THIRTY-EIGHT**:   Title 18, United States
          Code, Section 1952(a)(3)(A) - travel in interstate commerce with the intent
          to promote, manage, establish, carry on, or facilitate the promotion,
          management, establishment, or carrying on, of an unlawful activity,
          specifically conspiracy to distribute or possess with the intent to distribute
          narcotics as alleged in Count Two of this Indictment, and thereafter
          performed or attempted to perform an act to promote, manage, establish,
          carry on, or facilitate the promotion, management, establishment, or
          carrying on, of that unlawful activity in violation of Title 21, United States
          Code, Sections 841(a)(1) and 846.

          **COUNT ELEVEN**: Title 21, United States Code, Sections 841(a)(1) and
          841(b)(1)(B)(ii)(II) - Distribution or Possession with the Intent to Distribute
          500 grams or more of a mixture or substance containing a detectable
          amount of cocaine a Schedule II Controlled Substance, and did knowingly
          or intentionally aid, abet, counsel, command, induce or procure the same

          **COUNTS TWELVE AND TWENTY- ONE**: Title 31, United States Code,
          Section 5332 – intent to evade the currency reporting requirement under

Title 31, United States Code, Section 5316, did knowingly conceal more than $10,000.00 in currency or other monetary instruments on her person or in any conveyance, article of luggage, merchandise, or other container, and thereafter did transport or transfer, or did attempt to transport or transfer, such currency or monetary instruments from a place within the United States to a place outside the United States

**COUNTS TWENTY AND THIRTY-NINE**: Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii)(II) and Title 18, United States Code, Section 2 - knowingly or intentionally distribute, and possess with the intent to distribute 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance and did knowingly or intentionally aid, abet, counsel, command, induce or procure the same

### NOTICE OF FORFEITURE

LOCATION OF OFFENSE
(COUNTY/STATE):          Denver County, Colorado

PENALTY:    **COUNT TWO**: NLT 10 years or more than life in prison, 5 years of supervised release, $10,000,000 fine, $100 Special Assessment Fee

**COUNTS SIX, NINETEEN AND THIRTY-EIGHT**: NMT 5 years in prison, 3 years of supervised release, $250,000.00 fine, $100 Special Assessment Fee (per count)

**COUNT ELEVEN**: NLT five years or more than life in prison, 4 years of supervised release, $5,000,000 fine, $100 Special Assessment Fee

**COUNTS TWELVE AND TWENTY-ONE**: Maximum term of imprisonment: 20 years; 3 years Supervised Release; Maximum fine: NMT $500,000.00000 or twice the value of the property involved in the money laundering transactions, $100 Special Assessment Fee (per count)

**COUNTS TWENTY AND THIRTY-ONE**: NMT 20 years in prison, 3 years of supervised release, $1,000,000 fine; $100 Special Assessment Fee (per count)

**COUNT TWENTY-ONE**: NMT 5 years in prison, NMT 3 years supervised release, not more than $250,000.00 fine. $100 Special Assessment Fee

**COUNT THIRTY-EIGHT**: Not more than 20 years in prison, 3 years of

2

Case 2:25-mj-02366-DUTY   Document 3-1   Filed 04/21/25   Page 35 of 64   Page ID
Case No. 1:17-cr-00216-RM   Document 1-3   Filed 04/13/17   USDC Colorado   pg 3
of 3

supervised release, $1,000,000 fine; $100 Special Assessment Fee

**COUNT THIRTY-NINE**:   NLT 10 years and NMT life in prison, 5 years of supervised release, $5,000,000 fine; **$100 Special Assessment Fee**

**Forfeiture**

AGENTS:      Jason DeLuca, Task Force Officer
             Drug Enforcement Administration

AUTHORIZED BY:   Stephanie Podolak
                 Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:   More than five days

THE GOVERNMENT **will** seek detention in this case.

OCDETF case:   Yes - WC CO 662

3

DEFENDANT 4:     ERIK PARRA,
                          a.k.a. "Flaco"

YEAR OF BIRTH:    1990

ADDRESS:        Unknown

COMPLAINT FILED?          YES     X    NO

      IF YES, PROVIDE MAGISTRATE CASE NUMBER: _____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?     YES    X    NO

OFFENSE:    **COUNT TWO**: Title 21, United States Code, Sections 841(a)(1),
               841(b)(1)(A)(i), and 846 - knowingly and intentionally conspire to
               distribute, or possess with the intent to distribute, one kilogram or more of
               a mixture or substance containing a detectable amount of heroin, a
               Schedule I Controlled Substance

               **COUNT NINE:** Title 21, United States Code, Sections 841(a)(1) and
               841(b)(1)(B)(ii)(II) - Distribution or Possession with the Intent to Distribute
               500 grams or more of a mixture or substance containing a detectable
               amount of cocaine a Schedule II Controlled Substance, and did knowingly
               or intentionally aid, abet, counsel, command, induce or procure the same

               **NOTICE OF FORFEITURE**

LOCATION OF OFFENSE
(COUNTY/STATE):       Denver County, Colorado

PENALTY:    **COUNT TWO**: NLT 10 years, NMT life in prison, $10 million fine, or both;
               NLT 5 years supervised release, $100 Special Assessment Fee

               **COUNT NINE**: NLT five years or more than life in prison, 4 years of
               supervised release, $5,000,000 fine, $100 Special Assessment Fee

               **Forfeiture**

AGENTS:     Jason DeLuca, Task Force Officer
               Drug Enforcement Administration

AUTHORIZED BY:   Stephanie Podolak
                        Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL: More than five days

THE GOVERNMENT **will** seek detention in this case.

OCDETF case:   Yes - WC CO 662

DEFENDANT 5:     JOSE CHICA-ORELLANA,
                 a.k.a. "Adrian"

YEAR OF BIRTH:   1979

ADDRESS:         In ICE Custody

COMPLAINT FILED? _____ YES ___X___ NO

     IF YES, PROVIDE MAGISTRATE CASE NUMBER: _____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? ___ YES ___X___ NO

OFFENSE:  **COUNT TWO**:  Title 21, United States Code, Sections 841(a)(1),
          841(b)(1)(A)(i), and 846 - knowingly and intentionally conspire to
          distribute, or possess with the intent to distribute, one kilogram or more of
          a mixture or substance containing a detectable amount of heroin, a
          Schedule I Controlled Substance

          **COUNTS NINE AND EIGHTEEN:**  Title 21, United States Code, Sections
          841(a)(1) and 841(b)(1)(B)(ii)(II) - Distribution or Possession with the
          Intent to Distribute 500 grams or more of a mixture or substance
          containing a detectable amount of cocaine a Schedule II Controlled
          Substance, and did knowingly or intentionally aid, abet, counsel,
          command, induce or procure the same

          **COUNT THIRTEEN**:  Title 21, United States Code, Sections 841(a)(1)
          and 841(b)(1)(C) and Title 18, United States Code, Section 2 - did
          knowingly or intentionally distribute, and possess with the intent to
          distribute, less than 500 grams of a mixture or substance containing a
          detectable amount of cocaine, a Schedule II Controlled Substance and did
          knowingly or intentionally aid, abet, counsel, command, induce or procure
          the same

          **COUNT THIRTY-SEVEN**:  Title 21, United States Code, Sections   -
          knowingly or intentionally use a communications device, specifically a
          telephone, in committing, or in causing or facilitating the commission of, a
          felony delineated in Title 21 of the United States Code, specifically the
          crime alleged in Count Two of this Indictment

          **NOTICE OF FORFEITURE**

LOCATION OF OFFENSE
(COUNTY/STATE):     Denver County, Colorado

PENALTY:  **COUNT TWO**: NLT 10 years, NMT life in prison, $10 million fine, or both;

Case 2:25-mj-02366-DUTY   Document 3-1   Filed 04/21/25   Page 39 of 64   Page ID
Case No. 1:17-cr-00116-RM   Document 1-5   Filed 04/13/17   USDC Colorado   pg 2
of 2

NLT 5 years supervised release, $100 Special Assessment Fee

**COUNTS NINE AND EIGHTEEN**: NLT five years or more than life in prison, 4 years of supervised release, $5,000,000 fine, **$100 Special Assessment Fee (per count)**

**COUNT THIRTEEN**:   NMT 20 years in prison, 3 years of supervised release, $1,000,000 fine, $100 Special Assessment Fee

**COUNT THIRTY-SEVEN**:   Not more than 4 years in prison, not more than 1 year supervised release, not more than $250,000.00 fine, $100 Special Assessment Fee

**Forfeiture**

AGENT:        Jason DeLuca, Task Force Officer
              Drug Enforcement Administration

AUTHORIZED BY:  Stephanie Podolak
                Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:   More than five days

THE GOVERNMENT **will** seek detention in this case.

OCDETF case:   Yes - WC CO 662

DEFENDANT 6: SELESTINO HERNANDEZ-MAYO,
a.k.a. "Chakichan"

YEAR OF BIRTH: 1971

ADDRESS: 4572 South Pagosa Circle
Aurora, CO 80015

COMPLAINT FILED? _____ YES ___ X ___ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER: _____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? ___ YES ___ X ___ NO

OFFENSE: **COUNT TWO**: Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(i), and 846 - knowingly and intentionally conspire to distribute, or possess with the intent to distribute, one kilogram or more of a mixture or substance containing a detectable amount of heroin, a Schedule I Controlled Substance

**COUNTS NINE, EIGHTEEN, THIRTY AND THIRTY-FIVE:** Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(ii)(II) - Distribution or Possession with the Intent to Distribute 500 grams or more of a mixture or substance containing a detectable amount of cocaine a Schedule II Controlled Substance, and did knowingly or intentionally aid, abet, counsel, command, induce or procure the same

**COUNTS THIRTEEN TWENTY-SEVEN, TWENTY-NINE, THIRTY-ONE AND THIRTY-TWO:** Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2 - did knowingly or intentionally distribute, and possess with the intent to distribute, less than 500 grams of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance and did knowingly or intentionally aid, abet, counsel, command, induce or procure the same

**COUNT TWENTY:** Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii)(II) and Title 18, United States Code, Section 2 - knowingly or intentionally distribute, and possess with the intent to distribute 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance and did knowingly or intentionally aid, abet, counsel, command, induce or procure the same

**COUNT THIRTY-SEVEN**:   Title 21, United States Code, Sections 843(b)
and 843(d) - knowingly or intentionally use a communications device,
specifically a telephone, in committing, or in causing or facilitating the
commission of, a felony delineated in Title 21 of the United States Code,
specifically the crime alleged in Count Two of this Indictment

**NOTICE OF FORFEITURE**

LOCATION OF OFFENSE
(COUNTY/STATE):        Denver County, Colorado

PENALTY:   **COUNT TWO**: NLT 10 years, NMT life in prison, $10 million fine, or both;
NLT 5 years supervised release, $100 Special Assessment Fee

**COUNTS NINE, EIGHTEEN, THIRTY AND THIRTY-FIVE**:   NLT five
years or more than life in prison, 4 years of supervised release,
$5,000,000 fine, $100 Special Assessment Fee (per count)

**COUNTS THIRTEEN,TWENTY-SEVEN, TWENTY-NINE, THIRTY-ONE
AND THIRTY-TWO:** NMT 20 years in prison, 3 years of supervised
release, $1,000,000 fine, $100 Special Assessment Fee (per count)

**COUNT TWENTY:** NLT 10 years and NMT life in prison, 5 years of
supervised release, $5,000,000 fine, $100 Special Assessment Fee

**COUNTS TWENTY-SEVEN, TWENTY-NINE, THIRTY-ONE AND
THIRTY-TWO:** NMT 20 years in prison, 3 years of supervised release,
$1,000,000 fine, $100 Special Assessment Fee (per count)

**COUNT THIRTY-SEVEN**: NMT 4 years in prison, NMT 1 year supervised
release, NMT $250,000.00 fine, $100 Special Assessment Fee

**NOTICE OF FORFEITURE**

2

Case 2:25-mj-02366-DUTY   Document 3-1   Filed 04/21/25   Page 42 of 64   Page ID
Case No. 1:17-cr-00116-RM   Document #:45   filed 04/13/17   USDC Colorado   pg 3
of 3

AGENT:        Jason DeLuca, Task Force Officer
              Drug Enforcement Administration

AUTHORIZED BY:   Stephanie Podolak
                 Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:   More than five days

THE GOVERNMENT **will** seek detention in this case.

OCDETF case:   Yes - WC CO 662

Case 2:25-mj-02366-DUTY   Document 3-1   Filed 04/21/25   Page 43 of 64   Page ID
Case No. 1:17-cr-00116-RM   Document #:46   Filed 04/13/17   USDC Colorado   pg 1
of 2

DEFENDANT 7:   CLAUDIA LISSETH-LARA,

YEAR OF BIRTH:   1976

ADDRESS:   17346 Chatsworth Street, Apartment 118
Granada Hills, CA 91344

COMPLAINT FILED?   _____ YES   ___ X ___ NO

   IF YES, PROVIDE MAGISTRATE CASE NUMBER:   _____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?   ___ YES   ___ X ___ NO

OFFENSE:   **COUNT TWO**:   Title 21, United States Code, Sections 841(a)(1),
841(b)(1)(A)(i), and 846 - knowingly and intentionally conspire to
distribute, or possess with the intent to distribute, one kilogram or more of
a mixture or substance containing a detectable amount of heroin, a
Schedule I Controlled Substance

**COUNT THIRTY-EIGHT:** United States Code, Section and 1952(a)(3)(A)
travel in interstate commerce with the intent to promote, manage,
establish, carry on, or facilitate the promotion, management,
establishment, or carrying on, of an unlawful activity, specifically
conspiracy to distribute or possess with the intent to distribute narcotics as
alleged in Count Two of this Indictment, and thereafter performed or
attempted to perform an act to promote, manage, establish, carry on, or
facilitate the promotion, management, establishment, or carrying on, of
that unlawful activity in violation of Title 21, United States Code, Sections
841(a)(1) and 846

**COUNT THIRTY-NINE**: Title 21, United States Code, Sections 841(a)(1)
and 841(b)(1)(A)(ii)(II) and Title 18, United States Code, Section 2 -
knowingly or intentionally distribute, and possess with the intent to
distribute 5 kilograms or more of a mixture or substance containing a
detectable amount of cocaine, a Schedule II Controlled Substance and did
knowingly or intentionally aid, abet, counsel, command, induce or procure
the same

**NOTICE OF FORFEITURE**

Case 2:25-mj-02366-DUTY   Document 3-1   Filed 04/21/25   Page 44 of 64   Page ID
Case No. 1:17-cr-00116-RM   Document 1-7   filed 04/13/17   USDC Colorado   pg 2
of 2

LOCATION OF OFFENSE
(COUNTY/STATE):          Denver County, Colorado

PENALTY:    **COUNT TWO**: NLT 10 years, NMT life in prison, $10 million fine, or both;
NLT 5 years supervised release, $100 Special Assessment Fee

**COUNT THIRTY-EIGHT**: NMT 20 years in prison, 3 years of supervised
release, $1,000,000 fine, $100 Special Assessment Fee

**COUNT THIRTY-NINE:** NLT 10 years and NMT life in prison, 5 years of
supervised release, $5,000,000 fine, $100 Special Assessment Fee

**Forfeiture**

AGENTS:     Jason DeLuca, Task Force Officer
Drug Enforcement Administration

AUTHORIZED BY:   Stephanie Podolak
Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:   More than five days

THE GOVERNMENT **will** seek detention in this case.

OCDETF case:   Yes - WC CO 662

Case 2:25-mj-02366-DUTY   Document 3-1   Filed 04/21/25   Page 45 of 64   Page ID
Case No. 1:17-cr-00116-RM   Document #:48   Filed 04/13/17   USDC Colorado   pg 1
of 2

DEFENDANT 8:     VILMA L. ZAMORA

YEAR OF BIRTH:   1950

ADDRESS:         7251 Amigo Avenue, Apartment 11
                 Reseda, CA 91335

COMPLAINT FILED?  _____ YES ____ X ___ NO

   IF YES, PROVIDE MAGISTRATE CASE NUMBER:  _____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?  ___ YES ___ X ___ NO

OFFENSE:   **COUNT TWO**: Title 21, United States Code, Sections 841(a)(1),
           841(b)(1)(A)(i), and 846 - knowingly and intentionally conspiracy to
           distribute, or possess with the intent to distribute, one kilogram or more of
           a mixture or substance containing a detectable amount of heroin, a
           Schedule I Controlled Substance

           **COUNTS TEN AND NINETEEN**: 18, United States Code, Section and
           1952(a)(3)(A) travel in interstate commerce with the intent to promote,
           manage, establish, carry on, or facilitate the promotion, management,
           establishment, or carrying on, of an unlawful activity, specifically
           conspiracy to distribute or possess with the intent to distribute narcotics as
           alleged in Count Two of this Indictment, and thereafter performed or
           attempted to perform an act to promote, manage, establish, carry on, or
           facilitate the promotion, management, establishment, or carrying on, of
           that unlawful activity in violation of Title 21, United States Code, Sections
           841(a)(1) and 846

           **COUNT ELEVEN**: Title 21, United States Code, Sections 841(a)(1) and
           841(b)(1)(B)(ii)(II) and 18 USC § 2 - Distribution or Possession with the
           Intent to Distribute 500 grams or more of a mixture or substance
           containing a detectable amount of cocaine a Schedule II Controlled
           Substance, and did knowingly or intentionally aid, abet, counsel,
           command, induce or procure the same

           **COUNTS TWELVE AND TWENTY-ONE**: Title 31, United States Code,
           Section 5332 – intent to evade the currency reporting requirement under
           Title 31, United States Code, Section 5316, did knowingly conceal more
           than $10,000.00 in currency or other monetary instruments on her person
           or in any conveyance, article of luggage, merchandise, or other container,
           and thereafter did transport or transfer, or did attempt to transport or
           transfer, such currency or monetary instruments from a place within the
           United States to a place outside the United States

Case 2:25-mj-02366-DUTY   Document 3-1   Filed 04/21/25   Page 46 of 64   Page ID
Case No. 1:17-cr-00116-RM   Document 1-8   Filed 04/13/17   USDC Colorado   pg 2
of 2

**COUNT TWENTY**: Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii)(II) and Title 18, United States Code, Section 2 - knowingly or intentionally distribute, and possess with the intent to distribute 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance and did knowingly or intentionally aid, abet, counsel, command, induce or procure the same

### NOTICE OF FORFEITURE

LOCATION OF OFFENSE
(COUNTY/STATE):          Denver County, Colorado

PENALTY:   **COUNT TWO**: NLT 10 years, NMT life in prison, $10 million fine, or both; NLT 5 years supervised release, $100 Special Assessment Fee

**COUNTS TEN AND NINETEEN**: NMT 5 years in prison, 3 years of supervised release, $250,000.00 fine, $100 Special Assessment Fee (per count)

**COUNT ELEVEN**: NLT five years or more than life in prison, 4 years of supervised release, $5,000,000 fine, **$100 Special Assessment Fee**

**COUNTS TWELVE AND TWENTY-ONE**: NMT 5 years in prison, NMT 3 years supervised release, not more than $250,000.00 fine (per count)

**COUNT TWENTY:** NLT 10 years and NMT life in prison, 5 years of supervised release, $5,000,000 fine; **$100 Special Assessment Fee (per count)**

### Forfeiture

AGENTS:     Jason DeLuca, Task Force Officer
                    Drug Enforcement Administration

AUTHORIZED BY:   Stephanie Podolak
                              Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:   More than five days

THE GOVERNMENT **will** seek detention in this case.
OCDETF case:   Yes - WC CO 662

2

Case 2:25-mj-02366-DUTY Document 3-1 Filed 04/21/25 Page 47 of 64 Page ID
Case No. 1:17-cr-00116-RM Document 1-9 filed 04/13/17 USDC Colorado pg 1
of 2 #:50

DEFENDANT 9:     FREDY PAZ HERRERA
                       a.k.a. "Avispero"

YEAR OF BIRTH:   1977

ADDRESS:        9359 Highway 9, Unit B-103
                     Breckenridge, CO 80424

COMPLAINT FILED?         YES    X   NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER: _____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?    YES    X   NO

OFFENSE:   **COUNT TWO**: Title 21, United States Code, Sections 841(a)(1),
841(b)(1)(A)(i), and 846 - knowingly and intentionally conspire to
distribute, or possess with the intent to distribute, one kilogram or more of
a mixture or substance containing a detectable amount of heroin, a
Schedule I Controlled Substance

              **COUNT FOURTEEN, SEVENTEEN, TWENTY-FOUR, TWENTY-SIX**
**AND THIRTY-ONE**: Title 21, United States Code, Sections 841(a)(1) and
841(b)(1)(A)(i), and Title 18, United States Code, Section 2 - knowingly
and intentionally distribute, or possess with the intent to distribute, one
kilogram or more of a mixture or substance containing a detectable
amount of heroin, a Schedule I Controlled Substance, and did knowingly
and intentionally aid, abet, counsel, command, induce or procure the
same

              **COUNT TWENTY-TWO**: Title 21, United States Code, Sections 843(b)
and 843(d) - knowingly or intentionally use a communications device,
specifically a telephone, in committing, or in causing or facilitating the
commission of, a felony delineated in Title 21 of the United States Code,
specifically the crime alleged in Count Two of this Indictment

              **NOTICE OF FORFEITURE**

LOCATION OF OFFENSE
(COUNTY/STATE):       Denver County, Colorado

Case 2:25-mj-02366-DUTY   Document 3-1   Filed 04/21/25   Page 48 of 64   Page ID
Case No. 1:17-cr-00116-RM   Document 1-9   filed 04/13/17   USDC Colorado   pg 2
of 2

PENALTY:   **COUNT TWO**: NLT 10 years, NMT life in prison, $10 million fine, or both; NLT 5 years supervised release, $100 Special Assessment Fee

**COUNT FOURTEEN, SEVENTEEN, TWENTY-FOUR, TWENTY-SIX AND THIRTY-ONE**: NMT 20 years in prison, 3 years of supervised release, $1,000,000 fine, $100 Special Assessment Fee (per count)

**COUNT TWENTY-TWO**: NMT 4 years in prison, NMT 1 year supervised release, NMT $250,000.00 fine, $100 Special Assessment Fee

**Forfeiture**

AGENTS:   Jason DeLuca, Task Force Officer
Drug Enforcement Administration

AUTHORIZED BY:  Stephanie Podolak
Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:   More than five days

THE GOVERNMENT **will** seek detention in this case.

OCDETF case:   Yes - WC CO 662

2

Case 2:25-mj-02366-DUTY   Document 3-1   Filed 04/21/25   Page 49 of 64   Page ID
#:52
Case No. 1:17-cr-00118-RM   Document 1-10   filed 04/13/17   USDC Colorado   pg 1
of 2

DEFENDANT 10:   FIRST NAME UNKNOWN, LAST NAME UNKNOWN,
a.k.a. "Bancholas"

YEAR OF BIRTH:

ADDRESS:        Mexico

COMPLAINT FILED? _____ YES _____ X ___ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER: _____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? ___ YES ___ X ___ NO

OFFENSE:   **COUNT TWO**: Title 21, United States Code, Sections 841(a)(1),
841(b)(1)(A)(i), and 846 - knowingly and intentionally conspire to
distribute, or possess with the intent to distribute, one kilogram or more of
a mixture or substance containing a detectable amount of heroin, a
Schedule I Controlled Substance

    **COUNTS TWENTY AND THIRTY-NINE**: Title 21, United States Code,
Sections 841(a)(1) and 841(b)(1)(A)(ii)(II) and Title 18, United States
Code, Section 2 - knowingly or intentionally distribute, and possess with
the intent to distribute 5 kilograms or more of a mixture or substance
containing a detectable amount of cocaine, a Schedule II Controlled
Substance and did knowingly or intentionally aid, abet, counsel,
command, induce or procure the same

    **COUNT TWENTY-ONE**: Title 31, United States Code, Section 5332 - with
the intent to evade the currency reporting requirement under Title 31,
United States Code, Section 5316, did knowingly conceal more than
$10,000.00 in currency or other monetary instruments on her person or in
any conveyance, article of luggage, merchandise, or other container, and
thereafter did transport or transfer, or did attempt to transport or transfer,
such currency or monetary instruments from a place within the United
States to a place outside the United States

**NOTICE OF FORFEITURE**

LOCATION OF OFFENSE
(COUNTY/STATE):        Denver County, Colorado

PENALTY:   **COUNT TWO**:  NLT 10 years, NMT life in prison, $10 million fine, or both;
NLT 5 years supervised release, $100 Special Assessment Fee

Case 2:25-mj-02366-DUTY    Document 3-1    Filed 04/21/25    Page 50 of 64    Page ID
Case No. 1:17-cr-00118-RM    Document #:53    filed 04/13/17    USDC Colorado    pg 2
of 2

**COUNTS TWENTY AND THIRTY-NINE:**   NLT 10 years and NMT life in prison, 5 years of supervised release, $5,000,000 fine; **$100 Special Assessment Fee (per count)**

**COUNT TWENTY-ONE**:   NMT 5 years in prison, NMT 3 years supervised release, NMT $250,000.00 fine, $100 Special Assessment Fee

**Forfeiture**

AGENTS:    Jason DeLuca, Task Force Officer
           Drug Enforcement Administration

AUTHORIZED BY:   Stephanie Podolak
                 Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:   More than five days

THE GOVERNMENT **will** seek detention in this case.

OCDETF case:   Yes - WC CO 662

2

Case 2:25-mj-02366-DUTY   Document 3-1   Filed 04/21/25   Page 51 of 64   Page ID
Case No. 1:17-cr-00116-RM   Document 1-1   Filed 04/13/17   USDC Colorado   pg 1
#54
of 2

DEFENDANT 11:   RODRIGO MORA-SANCHEZ,
                a/k/a Pelon

YEAR OF BIRTH:   1968

ADDRESS:        17994 East Utah Place
                Aurora, Colorado   80017

COMPLAINT FILED? _____ YES ____ X ___ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER: _____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? ___ YES ___ X ___ NO

OFFENSE:   **COUNT TWO**: Title 21, United States Code, Sections 841(a)(1),
           841(b)(1)(A)(i), and 846 - knowingly and intentionally conspire to
           distribute, or possess with the intent to distribute, one kilogram or more of
           a mixture or substance containing a detectable amount of heroin, a
           Schedule I Controlled Substance

           **COUNT THIRTY-THREE**: Title 21, United States Code, Sections 952(a),
           960(a)(1), 960(b)(2)(B)(ii), and Title 18, United States Code, Section 2 -
           knowingly or intentionally import into the United States, from a place
           outside of the United States, 500 grams or more of a mixture or substance
           containing a detectable amount of cocaine, a Schedule II Controlled
           Substance and did knowingly or intentionally aid, abet, counsel,
           command, induce or procure the same.

           **COUNT THIRTY-FIVE**: Title 21, United States Code, Sections 841(a)(1)
           and 841(b)(1)(B)(ii)(II) and 18 USC § 2 - Distribution or Possession with
           the Intent to Distribute 500 grams or more of a mixture or substance
           containing a detectable amount of cocaine a Schedule II Controlled
           Substance, and did knowingly or intentionally aid, abet, counsel,
           command, induce or procure the same

### NOTICE OF FORFEITURE

LOCATION OF OFFENSE
(COUNTY/STATE):        Denver County, Colorado

PENALTY:   **COUNT TWO**:   NLT 10 years, NMT life in prison, $10 million fine, or both;
           NLT 5 years supervised release, $100 Special Assessment Fee

Case 2:25-mj-02366-DUTY   Document 3-1   Filed 04/21/25   Page 52 of 64   Page ID
Case No. 1:17-cr-00116-RM   Document #:55   filed 04/13/17   USDC Colorado   pg 2
of 2

**COUNT THIRTY-THREE**: NLT 5 years or more than 40 years in prison, NMT 3 years supervised release, NMT $5,000,000.00 fine, $100 special Assessment Fee

**COUNT THIRTY-FIVE**: NLT five years or more than life in prison, 4 years of supervised release, $5,000,000 fine, $100 Special Assessment Fee

**Forfeiture**

AGENTS:   Jason DeLuca, Task Force Officer
Drug Enforcement Administration

AUTHORIZED BY:   Stephanie Podolak
Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:   More than five days

THE GOVERNMENT **will** seek detention in this case.

OCDETF case:   Yes - WC CO 662

2

Case 2:25-mj-02366-DUTY    Document 3-1    Filed 04/21/25    Page 53 of 64    Page ID
Case No. 1:17-cr-00116-RM    Document 1-12    filed 04/13/17    USDC Colorado    pg 1
#756
of 2

DEFENDANT 12:    OSCAR MORA-CAMPOS

YEAR OF BIRTH:    1973

ADDRESS:

COMPLAINT FILED? _____ YES ____ X ____ NO

   IF YES, PROVIDE MAGISTRATE CASE NUMBER: _____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? ____ YES ____ X ____ NO

OFFENSE:    **COUNT TWO**: Title 21, United States Code, Sections 841(a)(1),
841(b)(1)(A)(i), and 846 - knowingly and intentionally conspire to
distribute, or possess with the intent to distribute, one kilogram or more of
a mixture or substance containing a detectable amount of heroin, a
Schedule I Controlled Substance

   **COUNTS TWENTY-SEVEN AND TWENTY-NINE**:    Title 21, United
States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United
States Code, Section 2 - did knowingly or intentionally distribute, and
possess with the intent to distribute, less than 500 grams of a mixture or
substance containing a detectable amount of cocaine, a Schedule II
Controlled Substance and did knowingly or intentionally aid, abet, counsel,
command, induce or procure the same.

   **COUNT THIRTY-SEVEN**: Title 21, United States Code, Sections 843(b)
and 843(d) - knowingly or intentionally use a communications device,
specifically a telephone, in committing, or in causing or facilitating the
commission of, a felony delineated in Title 21 of the United States Code,
specifically the crime alleged in Count Two of this Indictment

LOCATION OF OFFENSE
(COUNTY/STATE):    Denver County, Colorado

PENALTY:    **COUNT TWO**: NLT 10 years, NMT life in prison, $10 million fine, or both;
NLT 5 years supervised release, $100 Special Assessment Fee

   **COUNTS TWENTY-SEVEN AND TWENTY-NINE:** NMT 20 years in
prison, 3 years of supervised release, $1,000,000 fine, **$100 Special
Assessment Fee (per count)**

Case 2:25-mj-02366-DUTY   Document 3-1   Filed 04/21/25   Page 54 of 64   Page ID
Case No. 1:17-cr-00116-RM   Document 1-12   Filed 04/13/17   USDC Colorado   pg 2
of 2   #57

**COUNT THIRTY-SEVEN**:   Not more than 4 years in prison, not more than 1 year supervised release, not more than $250,000.00 fine, $100 Special Assessment Fee

**Forfeiture**

AGENTS:   Jason DeLuca, Task Force Officer
Drug Enforcement Administration

AUTHORIZED BY:   Stephanie Podolak
Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:   More than five days

THE GOVERNMENT **will** seek detention in this case.

OCDETF case:   Yes - WC CO 662

Case 2:25-mj-02366-DUTY   Document 3-1   Filed 04/21/25   Page 55 of 64   Page ID
Case No. 1:17-cr-00116-RM   Document 1-13   filed 04/13/17   USDC Colorado   pg 1
#58
of 2

DEFENDANT 13:   EDUARDO JIMENEZ-SANCHEZ,

YEAR OF BIRTH:   1979

ADDRESS:   253 Castle Ridge Drive
New Castle, CO 81647

COMPLAINT FILED? _____ YES ___X___ NO

IF YES, PROVIDE MAGISTRATE CASE NUMBER: _____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? ___ YES ___X___ NO

OFFENSE:   **COUNT TWO**:   Title 21, United States Code, Sections 841(a)(1),
841(b)(1)(A)(i), and 846 - knowingly and intentionally conspire to
distribute, or possess with the intent to distribute, one kilogram or more of
a mixture or substance containing a detectable amount of heroin, a
Schedule I Controlled Substance

**COUNT THIRTY**: Title 21, United States Code, Sections 841(a)(1) and
841(b)(1)(B)(ii)(II) and 18 USC § 2 - Distribution or Possession with the
Intent to Distribute 500 grams or more of a mixture or substance
containing a detectable amount of cocaine a Schedule II Controlled
Substance, and did knowingly or intentionally aid, abet, counsel,
command, induce or procure the same

LOCATION OF OFFENSE
(COUNTY/STATE):   Denver County, Colorado

PENALTY:   **COUNT TWO**: NLT 10 years, NMT life in prison, $10 million fine, or both;
NLT 5 years supervised release, $100 Special Assessment Fee

**COUNT THIRTY**: NLT five years or more than life in prison, 4 years of
supervised release, $5,000,000 fine, **$100 Special Assessment Fee**

**Forfeiture**

AGENTS:   Jason DeLuca, Task Force Officer
Drug Enforcement Administration

Case 2:25-mj-02366-DUTY   Document 3-1   Filed 04/21/25   Page 56 of 64   Page ID
Case No. 1:17-cr-00116-RM   Document 1-13   filed 04/13/17   USDC Colorado   pg 2
of 2
#59

AUTHORIZED BY:   Stephanie Podolak
                 Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:   More than five days

THE GOVERNMENT **will** seek detention in this case.

OCDETF case:   Yes - WC CO 662

Case 2:25-mj-02366-DUTY  Document 3-1  Filed 04/21/25  Page 57 of 64  Page ID
Case No. 1:17-cr-00116-RM  Document 1-14  Filed 04/13/17  USDC Colorado  pg 1
of 2

DEFENDANT 14:  FIRST NAME UNKNOWN, LAST NAME UNKNOWN
a.k.a. "Changuito"

YEAR OF BIRTH:

ADDRESS:  Mexico

COMPLAINT FILED? _____ YES ____X____ NO

     IF YES, PROVIDE MAGISTRATE CASE NUMBER: _____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? ___ YES ___X___ NO

OFFENSE:  **COUNT TWO**:  Title 21, United States Code, Sections 841(a)(1),
841(b)(1)(A)(i), and 846 - knowingly and intentionally conspire to
distribute, or possess with the intent to distribute, one kilogram or more of
a mixture or substance containing a detectable amount of heroin, a
Schedule I Controlled Substance

     **COUNT THIRTY-THREE**: Title 21, United States Code, Sections 952(a),
960(a)(1), 960(b)(2)(B)(ii), and Title 18, United States Code, Section 2 v-
knowingly or intentionally import into the United States, from a place
outside of the United States, 500 grams or more of a mixture or substance
containing a detectable amount of cocaine, a Schedule II Controlled
Substance and did knowingly or intentionally aid, abet, counsel,
command, induce or procure the same.

     **COUNT THIRTY-FIVE**: Title 21, United States Code, Sections 841(a)(1)
and 841(b)(1)(B)(ii)(II) - Distribution or Possession with the Intent to
Distribute 500 grams or more of a mixture or substance containing a
detectable amount of cocaine a Schedule II Controlled Substance, and did
knowingly or intentionally aid, abet, counsel, command, induce or procure
the same

     **COUNT THIRTY-SIX**: Title 31, United States Code, Section 5332 - with
the intent to evade the currency reporting requirement under Title 31,
United States Code, Section 5316, did knowingly conceal more than
$10,000.00 in currency or other monetary instruments on her person or in
any conveyance, article of luggage, merchandise, or other container, and
thereafter did transport or transfer, or did attempt to transport or transfer,
such currency or monetary instruments from a place within the United
States to a place outside the United States

## NOTICE OF FORFEITURE

LOCATION OF OFFENSE
(COUNTY/STATE):        Denver County, Colorado

PENALTY:    **COUNT TWO**:   NLT 10 years, NMT life in prison, $10 million fine, or both;
NLT 5 years supervised release, $100 Special Assessment Fee

**COUNT THIRTY-THREE**: NLT 5 years or NMT than 40 years in prison,
NMT 3 years supervised release, NMT $5,000,000.00 fine, $100 Special
Assessment Fee

**COUNT THIRTY-FIVE**: NLT five years or more than life in prison, 4 years
of supervised release, $5,000,000 fine, $100 Special Assessment Fee

**COUNT THIRTY-SIX**: NMT 5 years in prison, NMT 3 years supervised
release, not more than $250,000.00 fine, $100 Special Assessment Fee

**Forfeiture**

AGENTS:    Jason DeLuca, Task Force Officer
Drug Enforcement Administration

AUTHORIZED BY:  Stephanie Podolak
Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:   More than five days

THE GOVERNMENT **will** seek detention in this case.

OCDETF case:   Yes - WC CO 662

2

DEFENDANT 15:   FIRST NAME UNKNOWN, LAST NAME UNKNOWN
a.k.a "UM-9584"

YEAR OF BIRTH:

ADDRESS:        Mexico

COMPLAINT FILED? _____ YES ____X___ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER: _____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? ____ YES ____X____ NO

OFFENSE:   **COUNT TWO**: Title 21, United States Code, Sections 841(a)(1),
841(b)(1)(A)(i), and 846 - knowingly and intentionally conspire to
distribute, or possess with the intent to distribute, one kilogram or more of
a mixture or substance containing a detectable amount of heroin, a
Schedule I Controlled Substance

    **COUNT THIRTY-THREE**: Title 21, United States Code, Sections 952(a),
960(a)(1), 960(b)(2)(B)(ii), and Title 18, United States Code, Section 2 v-
knowingly or intentionally import into the United States, from a place
outside of the United States, 500 grams or more of a mixture or substance
containing a detectable amount of cocaine, a Schedule II Controlled
Substance and did knowingly or intentionally aid, abet, counsel,
command, induce or procure the same.

    **COUNT THIRTY-FIVE**: Title 21, United States Code, Sections 841(a)(1)
and 841(b)(1)(B)(ii)(II) - Distribution or Possession with the Intent to
Distribute 500 grams or more of a mixture or substance containing a
detectable amount of cocaine a Schedule II Controlled Substance, and did
knowingly or intentionally aid, abet, counsel, command, induce or procure
the same

    **COUNT THIRTY-SIX**: Title 31, United States Code, Section 5332 - with
the intent to evade the currency reporting requirement under Title 31,
United States Code, Section 5316, did knowingly conceal more than
$10,000.00 in currency or other monetary instruments on her person or in
any conveyance, article of luggage, merchandise, or other container, and
thereafter did transport or transfer, or did attempt to transport or transfer,
such currency or monetary instruments from a place within the United
States to a place outside the United States

Case 2:25-mj-02366-DUTY   Document 3-1   Filed 04/21/25   Page 60 of 64   Page ID
Case No. 1:17-cr-00118-RM   Document 1-52   Filed 04/13/17   USDC Colorado   pg 2
#:63
of 2

**NOTICE OF FORFEITURE**

LOCATION OF OFFENSE
(COUNTY/STATE): Denver County, Colorado

PENALTY:   **COUNT TWO**:   NLT 10 years, NMT life in prison, $10 million fine, or both;
NLT 5 years supervised release, $100 Special Assessment Fee

**COUNT THIRTY-THREE**: NLT5 years or NMT than 40 years in prison,
NMT 3 years supervised release, NMT $5,000,000.00 fine, $100 Special
Assessment Fee

**COUNT THIRTY-FIVE**: NLT five years or more than life in prison, 4 years
of supervised release, $5,000,000 fine, $100 Special Assessment Fee

**COUNT THIRTY-SIX**: NMT 5 years in prison, NMT 3 years supervised
release, not more than $250,000.00 fine, $100 Special Assessment Fee

**Forfeiture**

AGENTS:   Jason DeLuca, Task Force Officer
Drug Enforcement Administration

AUTHORIZED BY:  Stephanie Podolak
Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:   More than five days

THE GOVERNMENT **will** seek detention in this case.

OCDETF case:   Yes - WC CO 662

2

DEFENDANT 16:   LEOPOLDO RODRIGUEZ-PADILLA

YEAR OF BIRTH:   1988

ADDRESS:          1181 East Roe Avenue
                  Dinuba, CA 93618

COMPLAINT FILED? _____ YES ____ X ___ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER: _____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? ___ YES __ X ___ NO

OFFENSE:   **COUNT TWO**: Title 21, United States Code, Sections 841(a)(1),
841(b)(1)(A)(i), and 846 - knowingly and intentionally conspire to
distribute, or possess with the intent to distribute, one kilogram or more of
a mixture or substance containing a detectable amount of heroin, a
Schedule I Controlled Substance

    **COUNT THIRTY-FOUR**: Title 21, United States Code, Section and
1952(a)(3)(A) travel in interstate commerce with the intent to promote,
manage, establish, carry on, or facilitate the promotion, management,
establishment, or carrying on, of an unlawful activity, specifically
conspiracy to distribute or possess with the intent to distribute narcotics as
alleged in Count Two of this Indictment, and thereafter performed or
attempted to perform an act to promote, manage, establish, carry on, or
facilitate the promotion, management, establishment, or carrying on, of
that unlawful activity in violation of Title 21, United States Code, Sections
841(a)(1) and 846

    **COUNT THIRTY-FIVE**: Title 21, United States Code, Sections 841(a)(1)
and 841(b)(1)(B)(ii)(II) - Distribution or Possession with the Intent to
Distribute 500 grams or more of a mixture or substance containing a
detectable amount of cocaine a Schedule II Controlled Substance, and did
knowingly or intentionally aid, abet, counsel, command, induce or procure
the same

    **COUNT THIRTY-SIX**: Title 31, United States Code, Section 5332 - with
the intent to evade the currency reporting requirement under Title 31,
United States Code, Section 5316, did knowingly conceal more than
$10,000.00 in currency or other monetary instruments on her person or in
any conveyance, article of luggage, merchandise, or other container, and
thereafter did transport or transfer, or did attempt to transport or transfer,
such currency or monetary instruments from a place within the United
States to a place outside the United States

## NOTICE OF FORFEITURE

LOCATION OF OFFENSE
(COUNTY/STATE):         Denver County, Colorado

PENALTY:    **COUNT TWO**:   NLT 10 years, NMT life in prison, $10 million fine, or both;
NLT 5 years supervised release, $100 Special Assessment Fee

**COUNT THIRTY-FOUR**: NMT 5 years in prison, 3 years of supervised
release, $250,000.00 fine, $100 Special Assessment Fee

**COUNT THIRTY-FIVE**: NLT five years or more than life in prison, 4 years
of supervised release, $5,000,000 fine, **$100 Special Assessment Fee**

**COUNT THIRTY-SIX**: NMT 5 years in prison, NMT 3 years supervised
release, not more than $250,000.00 fine, $100 Special Assessment Fee

**Forfeiture**

AGENTS:     Jason DeLuca, Task Force Officer
Drug Enforcement Administration

AUTHORIZED BY:  Stephanie Podolak
Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:   More than five days

THE GOVERNMENT **will** seek detention in this case.

OCDETF case:   Yes - WC CO 662

Case 2:25-mj-02366-DUTY   Document 3-1   Filed 04/21/25   Page 63 of 64   Page ID
Case No. 1:17-cr-00116-RM   Document 1-17   Filed 04/13/17   USDC Colorado   pg 1
#766
of 2

DEFENDANT 17:    HEBERTO MORA-SANCHEZ

YEAR OF BIRTH:   1973

ADDRESS:         15450 East Center Avenue, Apartment K-102
                 Aurora, CO  80017

COMPLAINT FILED? _____ YES ____X___ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER: _____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? ____ YES ___X___ NO

OFFENSE:   **COUNT TWO**: Title 21, United States Code, Sections 841(a)(1)(A)(ii)(II),
           841(a)(1)(A)(viii) and 846 - knowingly and intentionally conspire to
           distribute, or possess with the intent to distribute, (1) 5 kilograms or more
           of a mixture or substance containing a detectable amount of cocaine, a
           Schedule II Controlled Substance; (2) 50 grams or more of
           methamphetamine, its salts, isomers, and salts of its isomers, a Schedule
           II Controlled Substance, (3) 500 grams or more of a mixture or substance
           containing a detectable amount of methamphetamine, its salts, isomers,
           and salts of its isomers, a Schedule II Controlled Substance

           **COUNTS FORTY, FORTY-ONE AND FORTY-TWO**: Title 21, United
           States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United
           States Code, Section 2 - did knowingly or intentionally distribute, and
           possess with the intent to distribute, less than 500 grams of a mixture or
           substance containing a detectable amount of cocaine, a Schedule II
           Controlled Substance and did knowingly or intentionally aid, abet, counsel,
           command, induce or procure the same

           **NOTICE OF FORFEITURE**

LOCATION OF OFFENSE
(COUNTY/STATE):     Denver County, Colorado

PENALTY:   **COUNT TWO**: NLT 10 years, NMT life in prison, $10 million fine, or both;
           NLT 5 years supervised release, $100 Special Assessment Fee

           **COUNTS FORTY, FORTY-ONE, AND FORTY-TWO:**  NMT 20 years in
           prison, 3 years of supervised release, $1,000,000 fine, $100 Special
           Assessment Fee (per count)

           **Forfeiture**

Case 2:25-mj-02366-DUTY    Document 3-1    Filed 04/21/25    Page 64 of 64    Page ID
Case No. 1:17-cr-00116-RM    Document 1-17    filed 04/13/17    USDC Colorado    pg 2
of 2

AGENTS:     Jason DeLuca, Task Force Officer
                    Drug Enforcement Administration

AUTHORIZED BY:  Stephanie Podolak
                      Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:  More than five days

THE GOVERNMENT **will** seek detention in this case.

OCDETF case:  Yes - WC CO 662